IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOBBY JOE MOTTON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:07CV3090 |
| v. ) | |
| ) | |
| LANCASTER COUNTY ) | |
| CORRECTIONS, et al., ) | MEMORANDUM AND ORDER |
| ) | |
| Defendants. ) | |

The court previously considered the plaintiff's Application for Leave to Proceed in Forma Pauperis ("IFP") filed while the plaintiff was a prisoner. It appears, however, that the plaintiff has been released from custody since filing the application. A former prisoner who has been released from custody after filing a civil complaint must, when ordered to do so, file an Application for Leave to Proceed IFP based on the changed circumstances caused by release from prison. If IFP status is then granted, the plaintiff will be relieved of any remaining liability for the balance of the filing fee. Therefore, if the plaintiff wishes to pursue the above-entitled case which was filed while the plaintiff was prisoner, the plaintiff must now file a new Application for Leave to Proceed IFP as a nonprisoner. *See*, *e.g.*, *McGann v. Comm'r, Social Security Admin.*, 96 F.3d 28, 30 (2d Cir. 1996) ("A released prisoner may litigate without further payment of fees upon satisfying the poverty affidavit requirement applicable to all non-prisoners.").

THEREFORE, IT IS ORDERED:

1. On or before October 15, 2007, the plaintiff shall file a new Application for Leave to Proceed IFP.

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: October 15, 2007: new IFP application due.

DATED this 17th day of September, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge