IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BOBBY JOE MOTTON, SR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 4:07CV3090 |
| v. ) | |
| ) | |
| **LANCASTER COUNTY** ) | |
| **CORRECTIONS, et al.,** ) | MEMORANDUM AND ORDER |
| ) | |
| **Defendants.** ) | |

The plaintiff, a former prisoner, was directed to file a new Application for Leave to Proceed in Forma Pauperis ("IFP") by October 15, 2007. He has done so. (Filing 13.)

Upon review of the plaintiff's financial affidavit, the court finds that the plaintiff should be granted provisional leave to proceed IFP.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for leave to proceed IFP (filing 13) is provisionally granted.

2. Unless otherwise ordered, Plaintiff is relieved of any liability for the unpaid balance of the filing fee in this case.

DATED this 5th day of November, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge